IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| INNOVATIVE COMMUNICATIONS TECHNOLOGIES, INC., | ) ) ) | 2012 JAN -4 P 4: 09 |
| Plaintiff, | ) ) | CLERK US DISTRICT COURT ALEXANDRIA, VIRGINIA <br> Case No. _____ |
| vs. | ) ) ) | |
| STALKER SOFTWARE, INC., d/b/a CommuniGate Systems, Inc. | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

## PLAINTIFF'S FINANCIAL DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Innovative Communications Technologies, Inc. ("ICTI") in the above-captioned action, certifies that the following are all of ICTI's parent, subsidiary, or affiliate entities (corporate or otherwise) that have issued stock or debt securities to the public: IDT Corporation and CTM Media Holdings, Inc. The undersigned counsel for ICTI in the above-captioned action also certifies that the following are publicly-held entities (corporate or otherwise) that owns 10% or more of ICTI's stock: IDT Corporation.

Dated: January 4, 2012

Respectfully submitted,

_____
D. Sean Trainor (43260)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000
(202) 879-5200
dtrainor@kirkland.com

*Counsel for Plaintiff Innovative Communications Technologies, Inc.*

Of Counsel:
David K. Callahan, P.C.
Jessica C. Kaiser
Archit P. Shah
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Phone: (312) 862-2000
Facsimile: (312) 862-2200
david.callahan@kirkland.com
jessica.kaiser@kirkland.com
archit.shah@kirkland.com