**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| INNOVATIVE COMMUNICATIONS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STALKER SOFTWARE, INC., d/b/a COMMUNIGATE SYSTEMS, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br> C.A. No. 2:12-CV-9-RGD-TEM |

## STIPULATION OF DISMISSAL

Plaintiff Innovative Communications Technologies, Inc. ("ICTI") and Defendant Stalker Software, Inc., d/b/a CommuniGate Systems, Inc. ("Stalker"), have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them with prejudice. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), ICTI stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against defendant Stalker. The parties shall bear their own attorneys' fees, expenses and costs.

Dated:  December 21, 2012

Respectfully Submitted,

**INNOVATIVE COMMUNICATIONS TECHNOLOGIES, INC.**

**STALKER SOFTWARE, INC.**

/s/

Gregory N. Stillman (VSB #14308)
Brent L. VanNorman (VSB #45956)
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

D. Sean Trainor (VSB #43260)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Phone: (202) 879-5000
Facsimile: (202) 879-5200
dtrainor@kirkland.com

David K. Callahan, P.C.
Alicia L. Shah
P. Daniel Bond
Archit P. Shah
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Phone: (312) 862-2000
Facsimile: (312) 862-2200
david.callahan@kirkland.com
alicia.shah@kirkland.com
daniel.bond@kirkland.com
archit.shah@kirkland.com

*Counsel for Plaintiff Innovative
Communications Technologies, Inc.*

/s/

Adrienne G. Johnson (VSB # 78631)
Karin Hessler (VSB # 76834)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Phone: (202) 719-7000
Fax: (202) 719-7049
khessler@wileyrein.com
ajohnson@wileyrein.com

Of Counsel
Kevin Anderson
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Phone: (202) 719-7000
Fax: (202) 719-7049
kanderson@wileyrein.com

*Attorneys for Defendant Stalker Software,
Inc., d/b/a CommuniGate Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Adrienne G. Johnson (VSB #78631)
ajohnson@wileyrein.com
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

Kevin Anderson
kanderson@wileyrein.com
Karin Hessler
khessler@wileyrein.com
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Defendant Stalker Software, Inc.,*
*d/b/a CommuniGate Systems, Inc.*

_____/s/_____
Brent L. VanNorman
(Va. State Bar No. 45956)
Hunton & Williams LLP
500 East Main Street, Suite 1000
Norfolk, Virginia  23510
Ofc.   (757) 640-5300
Fax.   (757) 625-7720
Email  bvannorman@hunton.com

*Counsel for Plaintiff Innovative Communications Technologies, Inc.*